## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                                            )
AMERICAN BANKERS ASSOCIATION,                )
CB&T BANCSHARES, INC., CITIZENS BANK         )
& TRUST COMPANY, MONROE BANK & TRUST         )
COMPANY, and MBT FINANCIAL CORPORATION,      )
                                                                            )
                                  Petitioners,          )
                                                                            )
           v.                                                         )   No. _____
                                                                            )
BOARD OF GOVERNORS OF THE FEDERAL             )
RESERVE SYSTEM, FEDERAL DEPOSIT               )
INSURANCE CORPORATION, and OFFICE OF          )
THE COMPTROLLER OF THE CURRENCY,              )
                                                                            )
                                Respondents.         )
_____)

### PETITION FOR REVIEW

Pursuant to 12 U.S.C. § 1848 and Rule 15(a) of the Federal Rules of Appellate Procedure, the American Bankers Association, CB&T Bancshares, Inc., Citizens Bank & Trust Company, Monroe Bank & Trust Company, and MBT Financial Corporation hereby petition this Court for review of a Final Rule issued jointly by the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, and the Office of the Comptroller of the Currency (collectively, "the Agencies"), entitled "Prohibitions and Restrictions on Proprietary Trading and Certain Interests in, and Relationships With, Hedge Funds and Private Equity Funds." The Agencies issued the a Preamble to the Final Rule,

the Final Rule, and a document entitled "The Volcker Rule: Community Bank Applicability," copies of which are attached hereto, on December 10, 2013.

Petitioners seek relief from a portion of the Final Rule on the grounds that it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; is in excess of statutory jurisdiction, authority, or limitations; and was adopted without observance of procedure required by law.

                Respectfully submitted,

                */s/ Anthony Herman*
                Anthony Herman
                Christian J. Pistilli
                Henry Liu
                Andrew Soukup
                David M. Zionts
                Matthew J. Berns
                COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, NW
                Washington, DC 20004-2401
                (202) 662-6000
                aherman@cov.com

Dated: December 23, 2013         *Counsel for Petitioners*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN BANKERS ASSOCIATION, CB&T BANCSHARES, INC., CITIZENS BANK & TRUST COMPANY, MONROE BANK & TRUST COMPANY, and MBT FINANCIAL CORPORATION, <br><br> Petitioners, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, FEDERAL DEPOSIT INSURANCE CORPORATION, and OFFICE OF THE COMPTROLLER OF THE CURRENCY, <br><br> Respondents. | No. _____ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Petitioners state as follows:

The American Bankers Association ("ABA") is a non-governmental, non-stock, non-profit corporation. The ABA represents banks of all sizes and charges, including some of the smallest community banks. The ABA has no parent corporation, and no publicly-held company owns 10 percent or more of the ABA's stock.

CB&T Bancshares, Inc. is a bank holding company headquartered in Marks, Mississippi. CB&T Bancshares, which is regulated by the Board of Governors of

the Federal Reserve, has no parent company, and no publicly-held company holds 10% or more of its shares.

Citizens Bank & Trust Co. is a state-chartered bank headquartered in Marks, Mississippi whose primary federal regulator is the Federal Deposit Insurance Corp. Citizens Bank & Trust is a wholly owned subsidiary of CB&T Bancshares, Inc.

Monroe Bank & Trust is a state-chartered bank headquartered in Monroe, Michigan whose primary federal regulator is the Federal Deposit Insurance Corp. Monroe Bank & Trust is a wholly owned subsidiary of MBT Financial Corp.

MBT Financial Corp. is a bank holding company headquartered in Monroe, Michigan. MBT Financial Corp., which is regulated by the Board of Governors of the Federal Reserve, is a publicly traded company whose shares are traded on NASDAQ under the ticker symbol (MBTF). MBT Financial Corp. has no parent company, and no publicly-held company holds 10 percent or more of its shares.

- 3 -

        Respectfully submitted,

        /s/ Anthony Herman
        Anthony Herman
        Christian J. Pistilli
        Henry Liu
        Andrew Soukup
        David M. Zionts
        Matthew J. Berns
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, NW
        Washington, DC  20004-2401
        (202) 662-6000

Dated:  December 23, 2013        *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of December 2013, copies of the foregoing Corporate Disclosure Statement were served, by agreement of the parties, via email to the listed attorneys:

Kit Wheatley, kit.wheatley@frb.gov,
   on behalf of The Board of Governors of the Federal Reserve System

Horace Sneed, horace.sneed@occ.treas.gov,
   on behalf of The Federal Deposit Insurance Corporation

Barbara Sarshik, bsarshik@fdic.gov,
   on behalf of The Office of the Comptroller of the Currency

_____
Anthony Herman

Dated: December 23, 2013

## INDEX OF EXHIBITS

| Exhibit A | Preamble to the Final Rule |
| --- | --- |
| Exhibit B | Final Rule |
| Exhibit C | The Volcker Rule: Community Bank Applicability |