IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
AMERICAN BANKERS ASSOCIATION,  )      No. 13-1310
ET AL.,                                               )
            Petitioners,                          )
                                                    )
     v.                                              )
                                                    )
BOARD OF GOVERNORS OF THE          )
FEDERAL RESERVE SYSTEM, ET AL.    )
            Respondents.                        )
_____)

**PETITIONERS' EMERGENCY MOTION TO FILE UNDER SEAL EMERGENCY MOTION OF PETITIONERS FOR STAY OF AGENCY ACTION PENDING REVIEW AND TWO RELATED DECLARATIONS**

Pursuant to Fed. R. App. P. 27 and Circuit R. 47.1, Petitioners CB&T Bancshares, Inc., Citizens Bank & Trust Company, Monroe Bank & Trust Company, and MBT Financial Corporation (collectively, the "Bank Petitioners"), along with Petitioner the American Bankers Association, hereby move that the unredacted Emergency Motion of Petitioners for Stay of Agency Action Pending Review (the "Emergency Motion") and three exhibits to the Emergency Motion – two declarations submitted by executives of the Bank Petitioners (the "Sibley and Chaffin Declarations"), and the Complaint[1] – be filed under seal.

---

[1] Petitioners are separately asking the District Court for permission to file the unredacted Complaint under seal.

Public access to court records, while the norm, is not absolute. To the contrary, "[e]very court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *see also In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 477 (6th Cir. 1983) (quoting *Consumers Union of U.S., Inc. v. Heimann*, 589 F.2d 531, 534 (D.C. Cir. 1978)) (sealing record in order to "'ensure the security of financial institutions."); *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (sealing documents in order to prevent competitive harm to a business").

The Sibley and Chaffin Declarations – and the portions of the Emergency Motion and the Complaint that rely on information in those declarations – contain highly confidential business information. Under the circumstances presented here, the usual "presumption in favor of public access to judicial proceedings" does not apply. *See Primas v. District of Columbia*, 719 F.3d 693, 698 (D.C. Cir. 2013). The Bank Petitioners therefore respectfully request that the Court permit them to file under seal the unredacted Emergency Motion, the Sibley and Chaffin Declarations, and the Complaint. Petitioners have filed a public version of its motion and attachments in accordance with Circuit R. 47.1.

Respectfully submitted,

 /s/ Anthony Herman_____
Anthony Herman
Christian J. Pistilli
Henry Liu
Andrew Soukup
David M. Zionts
Matthew J. Berns
Sarah Tremont
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000
aherman@cov.com

Dated:  December 24, 2013            *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of December 2013, copies of the foregoing Petitioners' Emergency Motion to File Under Seal Emergency Motion of Petitioners For Stay of Agency Action Pending Review And Two Related Declarations were served, by agreement of the parties, via email to the listed attorneys:

>Kit Wheatley, kit.wheatley@frb.gov,
>   on behalf of The Board of Governors of the Federal Reserve System
>
>Horace Sneed, horace.sneed@occ.treas.gov,
>   on behalf of The Federal Deposit Insurance Corporation
>
>Barbara Sarshik, bsarshik@fdic.gov,
>   on behalf of The Office of the Comptroller of the Currency

　　　　　　　　　　　　　　　　　/s/ Anthony Herman_____
　　　　　　　　　　　　　　　　　Anthony Herman

Dated:  December 24, 2013